# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MALLORY LAWSON                                                                PLAINTIFF

v.                                          No. 4:22-cv-01079-LPR

ROBERT WAKEFIELD, et al.                                                     DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe.[1]  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Plaintiff may proceed with his Fourteenth Amendment conditions of confinement claims against Defendants Wakefield, Dukes, and Bowers.  All other claims are DISMISSED without prejudice for failing to state a claim upon which relief may be granted.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 12.

[2] With respect to the § 1983 due process claim, because of the availability of post-deprivation remedies, any legal distinctions between negligent and intentional deprivations of property are not necessary to explore further.  *See Daniels v. Williams*, 474 U.S. 327 (1986).